UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

| | |
|---|---|
| GARRY LYNN YEAGER | Bankruptcy No. 07-30483 |
| CHRISTINE ANNE YEAGER | Honorable DANIEL S. OPPERMAN |
| | Chapter 13 |
| Debtor. | |
| _____/ | |

## ORDER GRANTING OBJECTION TO CLAIM OF DITECH.COM, LLC CLAIM #13

Upon the Objection to Claim of DITECH.COM, LLC CLAIM #13, Notice of Objection, Proof of Service and subsequent Certification that no responses were filed, and pursuant to L.B.R. 3007-1(c)(E.D.M.); no response having been filed by Creditor, DITECH.COM, LLC CLAIM #13; and the Court having been otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the claim of DITECH.COM, LLC CLAIM #13 is disallowed as filed.

IT IS FURTHER ORDERED that the pre-petition arrearage amount shall be reduced to $1,000.00.

IT IS FURTHER ORDERED that the Trustee is not obligated to recoup any funds previously disbursed to this Creditor.

**Signed on July 30, 2007**

_/s/ Daniel S. Opperman_
**Daniel S. Opperman**
**United States Bankruptcy Judge**