UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:

Yeager/Garry L. & Christine A.

Debtor(s)
_____/

Chapter 13
07-30483-DOF
Judge Opperman

## MOTION FOR RELIEF FROM AUTOMATIC STAY & TO WAIVE THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO GMAC MORTGAGE CORPORATION N/K/A/ GMAC MORTGAGE LLC.

Now comes GMAC Mortgage Corporation N/K/A GMAC Mortgage LLC Movant, through its authorized attorney, and respectfully represents to the Court as follows:

1. That Movant is the holder of a mortgage on the property known as 5384 Ameno Lane, Swartz Creek, MI 48473;

2. That the Debtor filed the instant case on February 13, 2007;

3. That pursuant to 11 U.S.C. Section 362(d)(1), upon the request of a party in interest, the court shall grant relief from stay for cause, including lack of adequate protection of such party in interest. Cause may also include failure of the Debtor to comply with obligations under 11 U.S.C. Section 521(a)(2);

4. That the Debtor has failed to maintain payments pursuant to the terms of the confirmed Chapter 13 Plan; that Debtor has failed to make payment to the Chapter 13 Trustee since April 9, 2010; that Debtor is due for the December 1, 2009 installment, and subsequent post petition mortgage installments; that Debtor is substantially delinquent in pre-petition claim payments;

5. That as a result of the default in payments a material default has occurred, which is prejudicial to Movant's rights;

6. That the total indebtedness to Movant, including accrued interest, escrow and attorneys fees is approximately $114,770.61;

7. That the fair market value of the property is estimated to be $107,700.00, as indicated by the Debtor's Schedule D; that upon review of this matter, to the best of the Movant's knowledge and belief, there are no other lien holders with respect to the subject property;

8. That said property is of no value to the bankruptcy estate; that Debtor has no equity in the subject property and that Movant lacks adequate protection;

9. Pursuant to the Default indicated in Paragraph 3, Movant is entitled to the relief sought pursuant to Sections 361 and 362 11U.S.C. – Bankruptcy;

Wherefore, Movant requests that it be granted immediate relief from the Automatic Stay as regards the aforementioned property; that Movant be permitted to enforce its contractual rights pursuant to state law; that F.R.B.P.4001 (a)(3), which provides that the Automatic Stay shall remain in effect for a period of ten days from date of an Order Granting a Motion for Relief from Stay, be waived.

                    SCHNEIDERMAN & SHERMAN, P.C.

Date:04/20/10

                    By:  /S/ Brett A. Border
                    Brett A. Border (P65534)
                    bborder@sspclegal.com
                    Attorney for GMAC Mortgage, LLC
                    23938 Research Drive, Suite 300
                    Farmington Hills, Michigan 48335
                    248-539-7400

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:

Yeager/Garry L. & Christine A.

Debtor(s)
_____/

Chapter 13
07-30483-DOF
Judge Opperman

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO GMAC MORTGAGE CORPORATION N/K/A GMAC MORTGAGE LLC.

This matter having come before this Court on the Motion of GMAC Mortgage Corporation N/K/A GMAC Mortgage LLC., ("Creditor"), by and through its attorneys, Schneiderman & Sherman, P.C., for relief from the Automatic Stay; all parties to said Motion having been served with a copy of Creditor's Motion and proposed Order:

IT IS HEREBY ORDERED that the Automatic Stay is modified to allow Creditor, its successors or assigns to foreclose on the property known as 5384 Ameno Lane, Swartz Creek, MI 48473, for the reasons set forth in Creditor's Motion; that Creditor is permitted to dispose of the property in accordance with the terms of its note and security agreement and in accordance with federal and state law; that F.R.B.P.4001(a)(3), is waived; that this Order shall be served on the Chapter 13 Trustee and all others with an interest in the subject property. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:            Chapter 13
                                         07-30483-DOF

Yeager/Garry L. & Christine A.      Judge Opperman

Debtor(s)
_____/

## **NOTICE OF MOTION**

GMAC Mortgage Corporation N/K/A GMAC Mortgage LLC., by and through its attorneys, filed papers with the Court to obtain relief from the Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the motion, within fourteen (14) days after service, you or your attorney must file and serve a response which complies with F.R. Civ. P.8 (b) (c) and (e) and that if such a response is not timely filed and served, the Court may grant the motion without a hearing in a form consistent with the form notice available from the clerk:

1. File with the Court a written response or an answer, explaining your position at:

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
226 W. SECOND ST.
FLINT, MI 48502

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above;

You must also mail a copy to:

SCHNEIDERMAN & SHERMAN, P.C.
23938 Research Drive, Suite 300
Farmington Hills, Michigan 48335

Carl Bekofske
510 West Court Street
Flint, MI 48503

Marion J. Mack
211 West Fort Street
Suite 700
Detroit, MI 48226

2. If a response or an answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing;

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection, and may enter an order granting that relief.**

          SCHNEIDERMAN & SHERMAN, P.C.

Date: 04/20/10

          By: /S/ Brett A. Border
          Brett A. Border (P65534)
          bborder@sspclegal.com
          Attorney for GMAC Mortgage, LLC
          23938 Research Drive, Suite 300
          Farmington Hills, Michigan 48335
          248-539-7400

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:  Chapter 13
 07-30483-DOF
Yeager/Garry L. & Christine A.  Judge Opperman

STATE OF MICHIGAN
COUNTY OF OAKLAND

## PROOF OF SERVICE

I hereby certify that on the 20th day of April, 2010, I electronically filed the foregoing Motion for Relief from Stay, Notice of Motion, and Proposed Order with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Carl Bekofske
510 West Court Street
Flint, MI 48503

Darryl J. Chimko
PO Box 70368
Rochester, MI 48307

And I hereby certify that I have mailed by United States Postal Service the Motion for Relief from Stay, Notice of Motion, and Proposed Order to the following non-ECF participants:

GENESEE COUNTY TREASURER
1101 Beach St.
Rm. 144
Flint, MI 48502

Yeager/Garry L. & Christine
5384 Ameno Lane
Swartz Creek, MI 48473

Execution on: 04/20/10

/S/ Brett A. Border
Brett A. Border (P65534)
bborder@sspclegal.com
23938 Research Drive Suite 300
Farmington Hills, Mi 48335
248-539-7400

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:  Chapter 13
 07-30483-DOF
Yeager/Garry L. & Christine  Judge Opperman

Debtor(s)
_____/

## STATEMENT OF CONCURRENCE SOUGHT

Brett A. Border, Esq. hereby states:

My office contacted Debtor's counsel via e-mail to attempt to obtain concurrence to this Motion for Relief from Automatic Stay on April 19, 2010. Concurrence was not given.

SCHNEIDERMAN & SHERMAN, P.C.

By: /S/ Brett A. Border
Brett A. Border (P65534)
Bborder@sspclegal.com
Attorney for GMAC Mortgage LLC
23938 Research Dr., Suite 300
Farmington Hills, MI 48335
248-539-7400




Instr:200601310008855  01/31/2006
P:1 of 1    F:$14.00    3:31PM
Melvin Phillip McCree   T20060003056
Genesee County Register  ENV

## CORPORATION ASSIGNMENT OF REAL ESTATE MORTGAGE

FOR VALUE RECEIVED, the undersigned, Mortgage Electronic Registration Systems, Inc., assignee of mortgagee, hereby grants, assigns and transfers to GMAC MORTGAGE CORPORATION, c/o 500 Enterprise Rd., Horsham, PA 19044-0969, all the rights, title and interest of the undersigned in and to that certain Real Estate Mortgage dated May 11, 2001 and recorded May 29, 2001, in Document No. 200105290082752, Genesee County Records, executed by GARRY L. YEAGER, a married man and CHRISTINE YEAGER, his wife, to Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for lender and lender's successors and assigns.

LEGALLY DESCRIBED AS FOLLOWS: TOWNSHIP of MUNDY, County of ~~Oakland~~ Genesee.

LOT(S) 108 OF FLORIA VILLAGE NO. 3, ACCORDING TO THE RECORDED PLAT THEREOF AS RECORDED IN PLAT BOOK 48, PAGES 15-16, GENESEE COUNTY RECORDS.
(A/K/A 5384 AMENO LANE, SWARTZ CREEK, MI 48473) Tax ID 15-04-554-064

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Real Estate Mortgage.

Dated: 1/17/06

Mortgage Electronic Registration Systems, Inc

By: _____
Its: Dave Cunningham, Assistant Secretary

STATE OF Pennsylvania ) ss
COUNTY OF Montgomery )

The foregoing instrument was acknowledged before me this 17th day of January, 2006, by Dave Cunningham, its Assistant Secretary of Mortgage Electronic Registration Systems, Inc.

Aixa M. Torres, Notary Public
Montgomery County,
My Commission Expires: 4/30/06
Acting in Montgomery County

NOTARIAL SEAL
AIXA M. TORRES, Notary Public
Hatboro Boro, Montgomery County
My Commission Expires April 30, 2006

Drafted by ~~and when recorded return to:~~ Peter Schneiderman
PETER M. SCHNEIDERMAN & ASSOCIATES, P.C.
23100 Providence Dr., Suite 450
Southfield, MI 48075
GMAC #0652496088

R371203F Parks Title

Parks Title  Return to:
916 S Main St  Suite 100
Royal Oak, MI 48067

14.00



# MORTGAGE

Return To:
GMAC Mortgage Corporation DBA ditech.com

3200 Park Center Dr. Suite 150, Costa Mesa, CA 92626

MIN 100037506524960888



DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21 Certain rules regarding the usage of words used in this document are also provided in Section 16

(A) "Security Instrument" means this document, which is dated 05/11/2001, together with all Riders to this document.
(B) "Borrower" is Garry L. Yeager, A Married Man, and Christine Yeager, his wife

Borrower's address is 5384 Ameno Lane, Swartz Creek, MI 48473
. Borrower is the mortgagor under this Security Instrument.

000652496088

MICHIGAN-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS    Form 3023 1/01

-6A(MI) (0005)
Page 1 of 15    Initials:
VMP MORTGAGE FORMS - (800)521-7291

Instr:200105280052752   05/29/2001
P:2 of 15        F:239.00      10:47AM
Melvin Phillip McCree    T200100010027
Genesee County Register   MLGMAC MTG

(C) "MERS" is Mortgage Electronic Registration Systems, Inc MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888)679-MERS.
(D) "Lender" is GMAC Mortgage Corporation DBA ditech.com

Lender is a Residential Mortgage Lender
organized and existing under the laws of Commonwealth of Pennsylvania
Lender's address is 3200 Park Center Dr. Suite 150, Costa Mesa, CA 92626

(E) "Note" means the promissory note signed by Borrower and dated 05/11/2001
The Note states that Borrower owes Lender One Hundred Twenty Thousand
Dollars
(U.S. $120,000.00      ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than June 1, 2031
(F) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."
(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.
(H) "Riders" means all Riders to this Security Instrument that are executed by Borrower The following Riders are to be executed by Borrower [check box as applicable]:

☐ Adjustable Rate Rider    ☐ Condominium Rider              ☐ Second Home Rider
☐ Balloon Rider            ☐ Planned Unit Development Rider ☐ 1-4 Family Rider
☐ VA Rider                 ☐ Biweekly Payment Rider         ☐ Other(s) [specify]

(I) "Applicable Law" means all controlling applicable federal, state and local statutes. regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.
(J) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.
(K) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.
(L) "Escrow Items" means those items that are described in Section 3.
(M) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.
(N) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the Loan.
(O) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument
000652496088

-6A(MI) (0005)            Page 2 of 15         Initials:            Form 3023 1/01

Instr:200105290052752   05/29/2001
P:3 of 16    F:$39.00    10:47AM
Melvin Phillip McCree  T20010016827
Genesee County Register  MLGMAC MTG

(P) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(Q) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, warrant, grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS, with power of sale, the following described property located in the County of Genesee :
[Type of Recording Jurisdiction]   [Name of Recording Jurisdiction]

The Assessor's Parcel Number (Property Tax ID#) for the Real Property is 15-04-554-050. Legal description attached hereto and made a part hereof as Exhibit "A".

Parcel ID Number: 15-04-554-050  
5384 Ameno Lane   which currently has the address of  
Swartz Creek   [Street]  
("Property Address"):   [City], Michigan 48473-   [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

000652496088

-6A(MI) (0005)   Page 3 of 15   Initials:   Form 3023 1/01



Instr:200105290052752  05/29/2001
P:14 of 16   F:$39.00   10:47AM
Melvin Phillip McCree  T20010016027
Genesee County Register   FLGMAC MTG

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses:

Kenneth B Palmer
Kenneth B Palmer

_____ (Seal)
Garry L. Yeager  -Borrower

Teresa M. Robinett

_____ (Seal)
Christine Yeager  -Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

000652496088

-6A(MI) (0005)        Page 14 of 15        Form 3023 1/01



STATE OF MICHIGAN, Genesee County ss:

The foregoing instrument was acknowledged before me this 5-12-01
by Garry L Yeager + Christine Yeager

My Commission Expires: 1-10-04

_____
Notary Public,
County, Michigan
TERESA M. ROBINETT
Notary Public, Genesee County, Michigan
My Commission Expires Jan. 10, 2004

This instrument was prepared by
Abbie Pangilinan
3200 Park Center Dr.
Suite 150
Costa Mesa CA 92626

000652496088

-6A(MI) (0005)   Page 15 of 15   Initials: _____   Form 3023 1/01

ORDER #: 2333560



EXHIBIT A

ALL THAT PARCEL OF LAND IN TOWNSHIP OF MUNDY, GENESEE COUNTY, STATE OF MICHIGAN, AS MORE FULLY DESCRIBED IN DEED LIBER 4548, PAGE 504, ID# 15-04-554-064, BEING KNOWN AND DESIGNATED AS LOT 108 OF FLORIA VILLAGE NO. 3, ACCORDING TO THE RECORDED PLAT THEREOF AS RECORDED IN PLAT BOOK 48, PAGES 15-16, GENESEE COUNTY RECORDS.

BY FEE SIMPLE DEED FROM MARIAN HENZAREK, A WOMAN AS SET FORTH IN LIBER 4548 PAGE 504, DATED 08/09/2000 AND RECORDED 08/14/2000, GENESEE COUNTY RECORDS, STATE OF MICHIGAN.